MATTHEW S. FOY (SBN: 187238)
GEOFFREY HUTCHINSON (SBN: 212050)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: mfoy@gordonrees.com
       ghutchinson@gordonrees.com

Attorneys for Plaintiff/Counter-Defendant
CATLIN SPECIALTY INSURANCE COMPANY


Gilbert D. Jensen (State Bar No. 061620)
MUSICK, PEELER & GARRETT LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
Telephone: (213) 629-7768
Facsimile: (213) 624-1376
Email: g.jensen@mpglaw.com

Attorney for Defendant/Counter-Claimant
CAMICO MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>CAMICO MUTUAL INSURANCE COMPANY, a California corporation,<br><br>              Defendant.<br>_____<br>CAMICO MUTUAL INSURANCE COMPANY, a California corporation,<br><br>              Counter-Claimant,<br><br>     vs.<br><br>CATLIN SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>              Counter-Defendant. | Case No.: 12-CV-00424-EMC<br><br>**STIPULATED MOTION TO STAY PROCEEDINGS; ORDER ON STIPULATED MOTION** (as modified)<br><br>**Courtroom:**  5<br>**Judge:**        Hon. Edward M. Chen |

-1-                                Case No. 12-CV-00424-EMC
STIPULATED MOTION TO STAY PROCEEDINGS; ORDER ON STIPULATED MOTION

Plaintiff and Counter-Defendant Catlin Specialty Insurance Company ("Catlin") and Defendant and Counter-Claimant CAMICO Mutual Insurance Company ("CAMICO") (collectively referred to herein as the "Parties") hereby advise the Court that they have reached an agreement in principle that would resolve the insurance coverage issues being litigated in this action. Therefore, Catlin and CAMICO request that the Court vacate all pending dates, and that this action be stayed to allow the parties the opportunity to resolve this matter without the Parties or the Court incurring the costs associated with further litigation. The Parties further request that the Court set a status conference on January 11, 2013 at 10:30 a.m., or another day convenient for the Court, so that the Parties can apprise the Court of the status of the resolution of this case.

In support of this motion, the Parties state:

1. It is expected that the agreement in principle reached between them will resolve the coverage disputes at issue in this action. However, the Parties need additional time to work out the details of the agreement in principle.

2. Under the law, "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel and for the litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). "When and how to stay proceedings is within the sound discretion of the trial court." *Cherokee Nation v. United States*, 124 F.3d 1413, 1416 (Fed. Cir. 1997).

3. "Where it is proposed that a pending proceeding be stayed, the competing interests which will be affected by the granting or refusal to grant a stay must be weighed." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). "Among these competing interests are the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Id*.

///

///

4. Here, the Parties agree that this action should be stayed and agree that the stay will facilitate resolution of the contested issues in this case. The stay should also afford the time necessary for resolution of and dismissal of this action without further action from the Court, thereby conserving judicial resources and eliminating the burden of the costs associated with further litigation on the Parties and the Court.

5. The only previous modification to the case schedule requested to date consists of Catlin's request for a continuance of the Court's final determination of cross motions for summary judgment (Docket Nos. 26 and 28) allowing Catlin to conduct discovery under Federal Rule of Civil Procedure, Rule 56(d), which the Court granted. The Court ordered supplemental briefs due on January 7, 2013, responses to supplemental briefs due on January 14, 2013, and summary judgment hearing on the collusion issues and exclusion clauses on February 1, 2013.

Wherefore, for the reasons stated above, Catlin and CAMICO request that the Court vacate all pending dates, that this action be stayed, and that the Court set a status conference on January 11, 2013 at 10:30 a.m., or another day convenient for the court, so that the Parties can apprise the Court of the status of the resolution of this case.

Respectfully submitted,

Dated: November 15, 2012        GORDON & REES LLP

By   /s/ Matthew S. Foy
         Matthew S. Foy, Esq.
         Geoffrey Hutchinson, Esq.
Attorney for Plaintiff/Counter-Defendant
CATLIN SPECIALTY INSURANCE COMPANY


Dated: November 15, 2012        MUSICK, PEELER & GARRETT LLP

By   /s/ Gilbert D. Jensen
         Gilbert D. Jensen, Esq.
Attorney for Defendant/Counter-Claimant
CAMICO MUTUAL INSURANCE COMPANY

-3-    Case No. 12-CV-00424-EMC
STIPULATED MOTION TO STAY PROCEEDINGS; ORDER ON STIPULATED MOTION

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew S. Foy, am the ECF user whose ID and password are being used to file this Stipulated Motion to Stay Proceedings.  In compliance with Local Rule 5-1, I hereby attest that Gilbert D. Jensen, counsel for Defendant/Counterclaimant CAMICO Mutual Insurance Company has concurred in this filing.

Dated:  November 15, 2012          GORDON & REES LLP


                                   By      /s/ Matthew S. Foy
                                        Matthew S. Foy, Esq.
                                   Attorney for Plaintiff/Counter-Defendant
                                   CATLIN SPECIALTY INSURANCE
                                   COMPANY


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

All pending dates are vacated and this action is stayed.

The parties shall appear at a Status Conference to report on the status of the resolution of the case on: _____1/17/13 at 10:30 a.m. An updated joint CMC statement shall be filed by 1/10/13._____.

Dated:    November 19, 2012        _____
                                   Honorable Edward M. Chen
                                   United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*