MATTHEW S. FOY (SBN: 187238)
GEOFFREY HUTCHINSON (SBN: 212050)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: mfoy@gordonrees.com
       ghutchinson@gordonrees.com

Attorneys for Plaintiff/Counter-Defendant
CATLIN SPECIALTY INSURANCE COMPANY

Gilbert D. Jensen (State Bar No. 061620)
MUSICK, PEELER & GARRETT LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
Telephone: (213) 629-7768
Facsimile: (213) 624-1376
Email: g.jensen@mpglaw.com

Attorney for Defendant/Counter-Claimant
CAMICO MUTUAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>CAMICO MUTUAL INSURANCE COMPANY, a California corporation,<br><br>    Defendant.<br><br>CAMICO MUTUAL INSURANCE COMPANY, a California corporation,<br><br>    Counter-Claimant,<br><br> vs.<br><br>CATLIN SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>    Counter-Defendant. | Case No.: 12-CV-00424-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Courtroom:** 5<br>**Judge:** Hon. Edward M. Chen |

-1-  12-CV-00424-EMC

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Catlin Specialty Insurance Company ("Catlin") and CAMICO Mutual Insurance Company ("CAMICO") hereby stipulate to the dismissal, with prejudice, of this action in its entirety including all claims and counterclaims, each party to bear their own fees and costs. Catlin and CAMICO are the only parties to this action.

Respectfully submitted,

Dated: January 3, 2013             GORDON & REES LLP

By   /s/ Matthew S. Foy
    Matthew S. Foy, Esq.
    Geoffrey Hutchinson, Esq.
Attorney for Plaintiff/Counter-Defendant
CATLIN SPECIALTY INSURANCE COMPANY

Dated: January 3, 2013             MUSICK, PEELER & GARRETT LLP

By   /s/ Gilbert D. Jensen
    Gilbert D. Jensen, Esq.
Attorney for Defendant/Counter-Claimant
CAMICO MUTUAL INSURANCE COMPANY

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1 **ATTESTATION OF E-FILED SIGNATURE**

2     I, Matthew S. Foy, am the ECF user whose ID and password are being used to file this

3 Stipulated Motion to Stay Proceedings. In compliance with Local Rule 5-1, I hereby attest

4 that Gilbert D. Jensen, counsel for Defendant/Counterclaimant CAMICO Mutual Insurance

5 Company has concurred in this filing.

6 Dated: January 3, 2013                GORDON & REES LLP

7

8                                          By    /s/ Matthew S. Foy
                                                   Matthew S. Foy, Esq.

9                                                    Geoffrey Hutchinson, Esq.
                                    Attorney for Plaintiff/Counter-Defendant

10                                    CATLIN SPECIALTY INSURANCE
                                   COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28