MATTHEW S. FOY (SBN: 187238)
GEOFFREY HUTCHINSON (SBN: 212050)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
Email: mfoy@gordonrees.com
        ghutchinson@gordonrees.com

Attorneys for Plaintiff/Counter-Defendant
CATLIN SPECIALTY INSURANCE COMPANY

Gilbert D. Jensen (State Bar No. 061620)
MUSICK, PEELER & GARRETT LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017
Telephone: (213) 629-7768
Facsimile: (213) 624-1376
Email: g.jensen@mpglaw.com

Attorney for Defendant/Counter-Claimant
CAMICO MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>CAMICO MUTUAL INSURANCE COMPANY, a California corporation,<br><br>    Defendant.<br><br>CAMICO MUTUAL INSURANCE COMPANY, a California corporation,<br><br>    Counter-Claimant,<br><br> vs.<br><br>CATLIN SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>    Counter-Defendant. | Case No.: 12-CV-00424-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Courtroom:** 5<br>**Judge:**  Hon. Edward M. Chen |

-1-                 12-CV-00424-EMC

STIPULATION OF DISMISSAL WITH PREJUDICE

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Catlin Specialty
2  Insurance Company ("Catlin") and CAMICO Mutual Insurance Company ("CAMICO")
3  hereby stipulate to the dismissal, with prejudice, of this action in its entirety including all
4  claims and counterclaims, each party to bear their own fees and costs.  Catlin and CAMICO
5  are the only parties to this action.

Respectfully submitted,

Dated:  January 3, 2013          GORDON & REES LLP

By    /s/ Matthew S. Foy
        Matthew S. Foy, Esq.
        Geoffrey Hutchinson, Esq.
Attorney for Plaintiff/Counter-Defendant
CATLIN SPECIALTY INSURANCE
COMPANY

Dated:  January 3, 2013          MUSICK, PEELER & GARRETT LLP

By    /s/ Gilbert D. Jensen
        Gilbert D. Jensen, Esq.
Attorney for Defendant/Counter-Claimant
CAMICO MUTUAL INSURANCE COMPANY

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**ATTESTATION OF E-FILED SIGNATURE**

I, Matthew S. Foy, am the ECF user whose ID and password are being used to file this Stipulated Motion to Stay Proceedings. In compliance with Local Rule 5-1, I hereby attest that Gilbert D. Jensen, counsel for Defendant/Counterclaimant CAMICO Mutual Insurance Company has concurred in this filing.

Dated:  January 3, 2013          GORDON & REES LLP

By   /s/ Matthew S. Foy
    Matthew S. Foy, Esq.
    Geoffrey Hutchinson, Esq.
Attorney for Plaintiff/Counter-Defendant
CATLIN SPECIALTY INSURANCE COMPANY